# United States District Court
# For The Western District of North Carolina
# Asheville Division

DENNIS ROGER VANDYKE,

       Plaintiff,                          JUDGMENT IN A CIVIL CASE

vs.                                              1:12-cv-148-RJC

DR. FNU CURRY, BUTNER REGIONAL
FORENSIC ADMINISTRATOR, JAMES
CHRISTENSEN, CHARLES VANCE,

       Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 07/03/2012 Order.

                                                     Signed: July 3, 2012

                                                     Frank G. Johns, Clerk
                                                     United States District Court