# United States District Court
# For The Western District of North Carolina
# Asheville Division

DENNIS ROGER VANDYKE,

    Plaintiff,

vs.

DR. FNU CURRY, BUTNER REGIONAL FORENSIC ADMINISTRATOR, JAMES CHRISTENSEN, CHARLES VANCE,

    Defendants.

JUDGMENT IN A CIVIL CASE

1:12-cv-148-RJC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 07/03/2012 Order.

Signed: July 3, 2012

Frank G. Johns, Clerk
United States District Court